(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>**Western District of Pennsylvania** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>  **Cooney, Kathleen F.** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>  **none** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>  **xxx-xx-4064** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>  **1532 Fairmont Street**<br>  **Pittsburgh, PA 15221** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   **Allegheny** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>  **same** | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|
| ☒ Individual(s)        ☐ Railroad<br>☐ Corporation       ☐ Stockbroker<br>☐ Partnership       ☐ Commodity Broker<br>☐ Other _____ ☐ Clearing Bank | ☒ Chapter 7      ☐ Chapter 11      ☐ Chapter 13<br>☐ Chapter 9      ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>☒ Consumer/Non-Business     ☐ Business | **Filing Fee** (Check one box)<br>☒ Full Filing Fee Attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>   11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>   Must attach signed application for the court's consideration certifying<br>   that the debtor is unable to pay fee except in installments.<br>   Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information**  (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (9/97)

| **Voluntary Petition** _(This page must be completed and filed in every case)_ | **Name of Debtor(s):** Kathleen F. Cooney | **FORM B1, Page 2** |

**Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)**

| Location Where Filed: **NONE** | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)**

| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of Debtor (Corporation/Partnership)** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| X _Kathleen F. Cooney_ Signature of Debtor | X **Not Applicable** Signature of Authorized Individual |
| X _____ Signature of Joint Debtor | _____ Printed Name of Authorized Individual |
| _____ Telephone Number (If not represented by attorney) | _____ Title of Authorized Individual |
| 3/2/05 Date | _____ Date |
| X _____ Signature of Attorney Signature of Attorney for Debtor(s) | **Signature of Non-Attorney Petition Preparer** I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. |
| _____ Printed Name of Attorney for Debtor(s) / Bar No. **Steidl & Steinberg** Firm Name | **Not Applicable** Printed Name of Bankruptcy Petition Preparer |
| **Suite 2830 Gulf Tower, Pgh, PA 15219** Address | _____ Social Security Number |
| | _____ Address |
| **(412) 391-8000 (fax) (412) 391-0221** Telephone Number 3/2/05 Date | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document: |
| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10Kand 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) ☐ Exhibit A is attached and made a part of this petition. | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. |
| **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. X _____ 3/2/05 Signature of Attorney for Debtor(s)        Date | X **Not Applicable** Signature of Bankruptcy Petition Preparer _____ Date A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156. |

FORM B6D
(12/03)

In re: **Kathleen F. Cooney** _____, Case No. _____
                                        Debtor                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Ever-home Mortgage Company**<br>P.O. Box 530579<br>Atlanta, GA 30353-0579 | | | **First Lien on Residence**<br>first mortgage encumbering the debtor's home residence that was incurred in 1996<br><br>VALUE $63,500.00 | | | | 49,000.00 | 0.00 |
| ACCOUNT NO. <br><br>**M&T Credit Corporation**<br>P.O. Box 4649<br>Buffalo, NY 14240 | | | **Security Agreement**<br>auto loan used to purchase a 1996 Cadillac in 2002<br><br>VALUE $3,900.00 | | | | 2,780.00 | 0.00 |
| ACCOUNT NO. <br><br>**PNC Bank**<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222 | | | **Second Lien on Residence**<br>second mortgage encumbering the debtor's home residence that was incurred in 2002<br><br>VALUE $63,500.00 | | | | 12,000.00 | 0.00 |

0 Continuation sheets attached

| | |
|---|---|
| **Subtotal** ➤ (Total of this page) | **$63,780.00** |
| **Total** ➤ (Use only on last page) | **$63,780.00** |

(Report total also on Summary of Schedules)

Form B6E
(04/04)

In re    **Kathleen F. Cooney**                                                                    Case No. _____
_____,                              (If known)
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Other Priority Debts**

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  Continuation sheets attached

Form B6E - Cont.
(04/04)

In re    **Kathleen F. Cooney** _____, Case No. _____
           Debtor                                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |

Sheet no. _1_ of _1_ sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | ➤ | $0.00 |
| Total (Use only on last page of the completed Schedule E.) | ➤ | $0.00 |

(Report total also on Summary of Schedules)

Form B6F (12/03)

In re  **Kathleen F. Cooney** _____, Case No. _____
                      Debtor                                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5491130323126649-<br><br>AT&T Universal Card<br>P.O. Box 44167<br>Jacksonville, FL 32231 | | | misc charge from 1998 to 2003 used for food, clothing, car repairs, living expenses, gasoline, payment of other bills and debts. card last used in 2003 | | | | 15,277.00 |
| ACCOUNT NO.  4319041029264720<br><br>Bank of America<br>P.O. Box 1390<br>Norfolk, VA 23501 | | | misc charge in 2002 and 2003 used for clothing, food, car repairs. card last used in 2003 | | | | 1,228.00 |
| ACCOUNT NO.  4427115000660079<br><br>Bank of America<br>P.O. Box 1390<br>Norfolk, VA 23501 | | | misc charge from 1999 to 2003 used for car repairs, tires, clothing, food and living expenses. card last used in 2003 | | | | 7,387.00 |
| ACCOUNT NO.  4305872430504064<br><br>Chase Visa<br>P.O. Box 52188<br>Phoenix, AZ 85072 | | | misc charge from 2000 to 2004 used for food, clothing, gasoline, living expenses, payment of other bills and debts. card last used Dec. 2004 | | | | 10,527.00 |
| ACCOUNT NO.  5458000017193133<br><br>Direct Merchants Bank<br>Keirland I Suite 300<br>16430 N. Scottsdale Road<br>Scottsdale, AZ 85254 | | | misc charge from 2000 to 2003 used for balance transfers and payment of other bills and debts owed at the time. card last used in 2003 | | | | 4,198.00 |

   2   Continuation sheets attached

                                                                         Subtotal  ➤

                                                                          Total  ➤             $38,617.00

Form B6F - Cont.
(12/03)

In re __Kathleen F. Cooney__ , Case No. _____

Debtor (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6035320103763072 **Home Depot** **Home Depot Credit Services** P.O. Box 9100 Des Moines, IA 50368 | | | misc charge in 2003 and 2004 used for home repairs and home maintenance items. card last used Dec. 2004 | | | | 3,289.00 |
| ACCOUNT NO. 5480420019843174 **Household Credit Services** P.O. Box 80027 Salinas, CA 93912 | | | misc charge from 2002 to 2004 used for food, clothing, gasoline. card last used in Dec. 2004 | | | | 2,629.00 |
| ACCOUNT NO. 4264296299223047 **MBNA America** **c/o AAA Financial Services** P.O. Box 15026 Wilmington, DE 19850 | | | misc charge in 2002 and 2003 used for food, clothing, car repairs and lviing expenses. card last used 2003 | | | | 9,707.00 |
| ACCOUNT NO. 74997872810054 **MBNA America** P.O. Box 15027 Wilmington, DE 19850 | | | misc charge in 2003 used for balance transfers to pay other bills and debts with higher interest rates. card last used in 2003 | | | | 12,222.00 |
| ACCOUNT NO. 0000129830001 **Pittsburgh Teachers Federal Credit Union** **53 South Tenth Street** **Pittsburgh, PA 15203** | | | personal loans from 1999 to 2004 used for payment of taxes, living expenses in the summer when the debtor is not paid from her job | | | | 7,300.00 |

Sheet no. _1_ of _2_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | $35,147.00

(Total of this page)

Total >

(Use only on last page of the completed Schedule F.)

Form B6F - Cont.
(12/03)

In re    **Kathleen F. Cooney** _____,    Case No. _____

                          Debtor                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    4559909629867929 | | | | | | | 7,721.00 |
| Providian P.O. Box 9016 Pleasanton, CA 94566 | | | misc charge from 2002 to 2004 used for food and payment of other bills and debts. card last used Aug. 2004 | | | | |
| ACCOUNT NO.    7714110756273561 | | | | | | | 514.00 |
| Sam's Club P.O. Box 981064 El Paso, TX 79998 | | | misc charge in 2003 and 2004 used for food, paper products and school supplies. card last used Sept. 2004 | | | | |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    ➤    (Total of this page)    $8,235.00

Total    ➤    (Use only on last page of the completed Schedule F.)    $81,999.00

(Report also on Summary of Schedules)