## RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

**TO:**  *1. Intake Clerk ***

*2. Case Administrator*

**FROM:**  *Financial Administrator*

*UC*

**DATE:**  1·19·2010

**CASE NAME:**  Roberts

**CASE NUMBER:**  04.36662

Check Number 0606536 in the amount of $ 1340.13 was

received this date and placed in an existing registry account of unclaimed

funds.

**Receipt Number:**  108110    **Intake Clerk's Initials** _____

*** *AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO
THE APPROPRIATE CASE ADMINISTRATOR.*

*#4b-F*

Office Of The Chapter 13 Trustee
Western District of Pennsylvania
US Steel Tower - Suite 3250
600 Grant Street
Pittsburgh PA 15219

Ronda J. Winnecour
Standing Trustee

Richard J. Bedford                              Phillip J. McHale, III
Chief Counsel                                   Chief Accountant

January 13, 2010

John J. Horner, Esquire          OR            John J. Horner, Esquire
Clerk, U.S. Bankruptcy Court                   Clerk, U.S. Bankruptcy Court
5414 U.S. Steel Tower                          U.S. Courthouse, Room B160
600 Grant Street                               17 South Park Row
Pittsburgh PA 15219                            Erie PA 16501

RE:   KEITH A. ROBERTS
      CAROL J. ROBERTS
Case No.: 04-36662  D

Dear Mr. Horner:

    I enclose herein a check which represents unclaimed monies in the
Chapter 13 case referenced above.

    These funds are owned by the following creditor.  The Trustee issued
payment to the creditor, in accordance with the Chapter 13 plan.  The
address shown is based on the Trustee's best and most recent information.

            NATIONAL CITY BANK**   ++
            CARD SERVICES*
            POB 500 K A16 2J OR 2B*
            PORTAGE MI                          49081

CHECK NUMBER  666536                    AMOUNT $  1,340.13

    The disbursement(s) was returned to the Trustee for the following
reason:

_____  a.   Trustee has been unable to locate Creditor.

_____  b.   Creditor returned funds.

_____  c.   Stale dated, check 90 days old and not negotiated.

    X          CREDITOR IS ON GLOBAL RESERVE.

Page Two
Unclaimed funds
04-36662 D

        Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the
Trustee hereby pays the funds into Court for disposition in accordance
with Chapter 129 of Title 28, U.S.C.

                        Very truly yours,



                        RONDA J. WINNECOUR
                        for Standing Chapter 13 Trustee

cc: CHARLES O ZEBLEY ESQ*
    KEITH A. ROBERTS
    CAROL J. ROBERTS
    NATIONAL CITY BANK**  ++
    Creditor